

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED | **EDL** |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |||
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 169.229.122.102 2007-09-29 20:38:20 EDT      **CASE ID#** 143380257

**P2P Network:** GnutellaUS      **Total Audio Files:** 912

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | This Woman's Work | Now | 302-599 |
| UMG Recordings, Inc. | Mya | Fallen | Moodring | 338-694 |
| UMG Recordings, Inc. | Sisqo | Unleash The Dragon | Unleash The Dragon | 277-984 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| UMG Recordings, Inc. | 50 Cent | Just A Lil bit | The Massacre | 366-051 |
| UMG Recordings, Inc. | Gladys Knight | You | All Our Love | 87-678 |
| UMG Recordings, Inc. | Young Jeezy | Gangsta Music | Let's Get It: Thug Motivation 101 | 375-159 |
| Elektra Entertainment Group Inc. | Keith Sweat | Twisted | Keith Sweat | 226-496 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 169.229.122.102 2007-09-29 20:38:20 EDT          **CASE ID#** 143380257

**P2P Network:** GnutellaUS                                        **Total Audio Files:** 912

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | This Woman's Work | Now | 302-599 |
| UMG Recordings, Inc. | Mya | Fallen | Moodring | 338-694 |
| UMG Recordings, Inc. | Sisqo | Unleash The Dragon | Unleash The Dragon | 277-984 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| UMG Recordings, Inc. | 50 Cent | Just A Lil bit | The Massacre | 366-051 |
| UMG Recordings, Inc. | Gladys Knight | You | All Our Love | 87-678 |
| UMG Recordings, Inc. | Young Jeezy | Gangsta Music | Let's Get It: Thug Motivation 101 | 375-159 |
| Elektra Entertainment Group Inc. | Keith Sweat | Twisted | Keith Sweat | 226-496 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## JOHN DOE

**IP Address:** 169.229.122.102 2007-09-29 20:38:20 EDT            **CASE ID#** 143380257

**P2P Network:** GnutellaUS                                         **Total Audio Files:** 912

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | This Woman's Work | Now | 302-599 |
| UMG Recordings, Inc. | Mya | Fallen | Moodring | 338-694 |
| UMG Recordings, Inc. | Sisqo | Unleash The Dragon | Unleash The Dragon | 277-984 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| UMG Recordings, Inc. | 50 Cent | Just A Lil bit | The Massacre | 366-051 |
| UMG Recordings, Inc. | Gladys Knight | You | All Our Love | 87-678 |
| UMG Recordings, Inc. | Young Jeezy | Gangsta Music | Let's Get It: Thug Motivation 101 | 375-159 |
| Elektra Entertainment Group Inc. | Keith Sweat | Twisted | Keith Sweat | 226-496 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO.     DATE FILED | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

## EXHIBIT A

## JOHN DOE

**IP Address:** 169.229.122.102 2007-09-29 20:38:20 EDT          **CASE ID#** 143380257

**P2P Network:** GnutellaUS          **Total Audio Files:** 912

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | This Woman's Work | Now | 302-599 |
| UMG Recordings, Inc. | Mya | Fallen | Moodring | 338-694 |
| UMG Recordings, Inc. | Sisqo | Unleash The Dragon | Unleash The Dragon | 277-984 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| UMG Recordings, Inc. | 50 Cent | Just A Lil bit | The Massacre | 366-051 |
| UMG Recordings, Inc. | Gladys Knight | You | All Our Love | 87-678 |
| UMG Recordings, Inc. | Young Jeezy | Gangsta Music | Let's Get It: Thug Motivation 101 | 375-159 |
| Elektra Entertainment Group Inc. | Keith Sweat | Twisted | Keith Sweat | 226-496 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

## JOHN DOE

**IP Address:** 169.229.122.102 2007-09-29 20:38:20 EDT        **CASE ID#** 143380257

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 912

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | This Woman's Work | Now | 302-599 |
| UMG Recordings, Inc. | Mya | Fallen | Moodring | 338-694 |
| UMG Recordings, Inc. | Sisqo | Unleash The Dragon | Unleash The Dragon | 277-984 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| UMG Recordings, Inc. | 50 Cent | Just A Lil bit | The Massacre | 366-051 |
| UMG Recordings, Inc. | Gladys Knight | You | All Our Love | 87-678 |
| UMG Recordings, Inc. | Young Jeezy | Gangsta Music | Let's Get It: Thug Motivation 101 | 375-159 |
| Elektra Entertainment Group Inc. | Keith Sweat | Twisted | Keith Sweat | 226-496 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |