IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, | No. C-07-06027 EDL |
| Plaintiff, | **ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

Finding this matter appropriate for submission without oral argument, the Court will not set a hearing for this application for leave to take immediate discovery.

Having considered Plaintiff's Ex Parte Application for Leave to Take Immediate Discovery and Supporting declaration, and finding good cause therefore,

Plaintiffs are granted leave to serve immediately a Rule 45 subpoena on the University of California, Berkeley that seeks information sufficient to identify Defendant John Doe, including the name, current and permanent address and telephone number, e-mail address, and Media Access control address.

Any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

**IT IS SO ORDERED.**

Dated: January 28, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge