1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   ELEKTRA ENTERTAINMENT GROUP
7  INC.; UMG RECORDINGS, INC.; and
   SONY BMG MUSIC ENTERTAINMENT
8

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION

11

12 | ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | CASE NO. 3:07-CV-06027-MMC |
   | --- | --- |
   | | **Honorable Maxine M. Chesney** |
   | | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
   | Plaintiffs, | |
   | v. | |
   | JOHN DOE,   Defendant. | |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-06027-MMC
#38055 v1

1 | Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs Elektra Entertainment Group, et al., by
2 | and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3 | against Defendant John Doe, also identified as ID # 143380257 with IP address 169.229.122.102
4 | 2007-09-29 20:38:20 EDT, each party to bear its/her own fees and costs.  The Clerk of Court is
5 | respectfully requested to close this case.

7 | Dated:  June 4, 2008                                    HOLME ROBERTS & OWEN LLP

9 |                                                         By: _____/s/ Dawniell Alise Zavala___
10|                                                              DAWNIELL ALISE ZAVALA
                                                                 Attorney for Plaintiffs